UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD CALLAHAM,<br><br>*Plaintiff,*<br><br>vs.<br><br>PASSAIC COUNTY ET. AL,<br><br>*Defendants,* | Case No.:2:24-cv-00891-MCA-JRA<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>Hon. Jose R. Almonte, U.S.M.J.<br><br>**CERTIFICATE OF DEFAULT** |

I, Melissa E. Rhoads, Esq., Clerk of Court of the United States District Court for the District of New Jersey, do hereby certify that the defendant New Jersey Department of Human Services, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant New Jersey Department of Human Services, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:

MELISSA E. RHOADS, Esq., *Clerk of Court*

By:_____
Deputy Clerk