UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT

2024 MAR 22 A 9:03

4/1/2024
Angel

EDWARD CALLAHAM,

*Plaintiff,*

vs.

PASSAIC COUNTY ET. AL,

*Defendants,*

Case No.:2:24-cv-00891-MCA-JRA

Hon. Madeline Cox Arleo, U.S.D.J.

Hon. Jose R. Almonte, U.S.M.J.

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO:   MELISSA E. RHOADS, ESQ., *CLERK of COURT*
      UNITED STATES DISTRICT COURT
      DISTRICT OF NEW JERSEY

Please enter the default of Defendant New Jersey Department of Human Services Title IV-D ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as verified by the U.S. District Court of NJ's records and the attached affirmation and proof of proper service of the Complaint served on Defendant on March 1, 2024, and proof of proper service of the Amended Complaint served on Defendant on March 15, 2024. Defendant has not filed any responsive pleading or Answer to either the original Complaint or the Amended Complaint pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure.

Dated: April 1, 2024

By: _____

EDWARD CALLAHAM *Pro Se*
P.O. Box 7131
Rochelle Park, NJ 07662
callahamcourt@gmail.com